**MOTOR TRANSIT TERMINAL CORPORATION, a Corporation, Petitioner, v. E. L. CORD, Respondent.**

No. 7213.

Circuit Court of Appeals, Ninth Circuit.

Aug. 21, 1933.

Harry J. McClean, of Los Angeles, Cal., for petitioner.

Milton K. Young, of Los Angeles, Cal., for respondent.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon consideration of petition for allowance of appeal under section 24b of the Bankruptcy Act, 11 USCA § 47 (b), and of objections to allowance of appeal, ordered petition for appeal denied.